## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In re:

Kenya Bragg                                   Case No. 08-57802
                                                 Chapter 7
                     Debtor.                    Honorable Phillip J. Shefferly
_____/

## NOTICE OF UNDER $5.00 DIVIDEND

**TO THE CLERK OF THE COURT:**

       The attached check in the amount of $14.59 represents the total sum of under $5.00 dividends in this estate and is paid to the Court pursuant to 11 U.S.C. § 347(a). The name(s) and address(es) of the Party(ies) associated with these dividends is (are) as follows:

| CREDITOR NAME | CLAIM NO. | AMOUNT OF DIVIDEND |
|---|---|---|
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603 | 4 | $3.14 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603 | 5 | $3.49 |
| Ecast Settlement Corporation<br>POB 35480<br>Newark, NJ 07193 | 6 | $1.41 |
| Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111 | 7 | $4.57 |
| American Express Travel Related Services<br>C/O Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355 | 10 | $0.55 |

| | | |
|---|---|---|
| Recovery Management Systems<br>25SE 2nd Ave, Suite 1120<br>Miami, FL 33131 | 11 | $1.43 |

Date:  April 12, 2010   /s/ CHARLES J. TAUNT
CHARLES J. TAUNT, Trustee
700 East Maple Road
2nd Floor
Birmingham, MI  48009
(248) 647-1127